Argued and submitted February 13, reversed and remanded
with instructions February 29, 1984

In the Matter of the Compensation
of Bobbie Blakely, Claimant.

BLAKELY,
*Petitioner,*

*v.*

INDUSTRIAL INDEMNITY,
*Respondent.*

(81-07215; CA A28531)

677 P2d 713

David C. Force, Eugene, argued the cause and filed the brief and argued the cause for petitioner.

John Snarskis, Portland, argued the cause and filed the brief for respondent.

Before Gillette, Presiding Judge, and Van Hoomissen and Young, Judges.

PER CURIAM

**PER CURIAM**

Claimant appeals from an order of the Workers' Compensation Board that reversed the referee's finding that her occupational disease claim for a left knee condition was compensable. On *de novo* review, we agree with the referee that claimant has sustained her burden of proof. ORS 656.802(1)(a); *Weller v. Union Carbide,* 288 Or 27, 602 P2d 259 (1980).

Reversed and remanded with instructions to reinstate referee's order.